# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| PATRICIA ANTHONY; AND WILLIAM ANTHONY,<br>Appellants,<br>vs.<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>Respondent. | No. 84557<br><br>**FILED**<br><br>APR 20 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

This appeal was docketed on April 14, 2022, without payment of the requisite filing fee. On that same date, this court issued a notice directing appellants to pay the filing fee within 14 days and cautioned that failure to comply would result in dismissal of this appeal. In response, appellants filed a notice informing this court that it was not their intent to file the appeal at this time. The notice is construed as a motion to voluntarily withdraw this appeal. The motion is granted and this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Barry L. Breslow, District Judge
      Patricia Anthony
      William Anthony
      Akerman LLP/Las Vegas
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-12491